IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL HARVEY, et al.,

    Plaintiffs,

v.                                                                                 CV No. 19-1019 KWR/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC RULE 16 CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a Telephonic Rule 16 Scheduling Conference will be held on **February 4, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that, aside from the recently vacated and rescheduled Rule 16 hearing, the parties shall comply with Judge Browning's *Initial Scheduling Order*, (Doc. 4), filed November 19, 2019, and are not required to resubmit their *Joint Status Report*, (Doc. 7), filed January 2, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE