# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NATHANIEL HARVEY, et al.,

    Plaintiffs,

v.                                                                CV No. 19-1019 KWR/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **September 1, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE