IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL HARVEY, et al.,

       Plaintiffs,

v.     CV No. 19-1019 KWR/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Case Management Deadlines Established in the Scheduling Order* (the "Motion"), (Doc. 28), filed July 20, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' expert disclosure deadline is extended to October 5, 2020.
2. Defendants' expert disclosure deadline is extended to October 19, 2020.
3. Discovery Deadline shall be extended until November 2, 2020.
4. Motions related to discovery deadline is extended until November 16, 2020.
5. Pretrial Motions deadline shall be extended until November 23, 2020.
6. Consolidated Pretrial Order deadline for Plaintiffs to submit Pretrial Order to Defendants is extended to December 7, 2020.
7. Defendants' deadline to submit the Consolidated Pretrial Order to the Court is extended to December 21, 2020.

No further extensions will be granted.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE