## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NATHANIEL HARVEY, et al.,

      Plaintiffs,

v.                                          CV No. 19-1019 KWR/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that closing documents are to be filed **no later than September 30, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE